Opinion issued May 10, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-01097-CR

———————————

JONATHAN
RAY CLARK, Appellant

V.

THE STATE OF TEXAS, Appellee



 



 

On Appeal from the 56th District Court 

Galveston County, Texas



Trial Court Cause No. 07CR0755



 

MEMORANDUM
OPINION

Appellant,
Jonathan Ray Clark, has filed a motion to dismiss the appeal.   The motion complies with Texas Rule of
Appellate Procedure 42.2(a).  See Tex.
R. App. P. 42.2(a).
 We have not issued a decision in the
appeal.  

Accordingly,
we lift the abatement ordered by this Court on January 20, 2012, reinstate the
appeal, and dismiss the appeal.  See Tex.
R. App. P. 43.2(f).
 We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of
the date of this opinion.  See Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Bland, Massengale, and Brown.

Do not publish. 
 Tex. R. App. P. 47.2(b).